IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ALTAGRACIA DIAZ-RYAN,

      Appellant,

v.

Case No. 5D21-3009
LT Case No. 2017-DR-2401

THOMAS J. RYAN,

      Appellee.

_____/

Decision filed May 31, 2022

Appeal from the Circuit Court
for Lake County,
Dan R. Mosley, Judge.

Altagracia Diaz-Ryan, Clermont, pro se.

No Appearance for Appellee.


PER CURIAM.

     AFFIRMED.


COHEN, HARRIS and NARDELLA, JJ., concur.